```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF VIRGINIA
                         ALEXANDRIA DIVISION
```

In Re:                                    )
    Cara Peyton Innovations, LLC      )
                                        )  Case #15-14429-BFK
            Debtor.                     )  Chap. 11
_____)

## MOTION FOR EXTENSION OF TIME TO FILE BALANCE OF SCHEDULES AND STATEMENTS

      NOW COMES, the Debtor, who shows the Court as follows:

    1.  On December 17, 2015, Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

    2.  With the petition, Debtor filed a list of creditors and their addresses.

    3.  In view of Debtor's designated representative's busy schedule, debtor needs at least twelve (12) additional days to complete the Schedules, and any other required documentation.

    Therefore, Debtor respectfully requests that the Court grant him until January 16, 2016 to file the Schedules and any other required documentation.

    Date: 1/4/16        Cara Peyton Innovations, LLC, Debtor
                                        By Counsel

*/s/John D. Sawyer*
John D. Sawyer, Esq.- VSB #28170
Sawyer & Azarcon
10605 Judicial Drive, Suite B-2
Fairfax, VA 22030
(703) 893-0760
Counsel for Debtor(s)

## Certificate of Service

    I hereby certify that a copy of the foregoing Debtor(s)'s Motion to Extend Time to File Balance and Plan as to all creditors was this 4th day of January, 2016, forwarded via United States mail, postage prepaid, or via the Court's electronic notification system to all creditors included on mailing matrix.

                                                    /s/*John D. Sawyer*
                                                    John D. Sawyer, Esq

[CPI.Bk.EXT.MTN]
**PARTIES TO RECEIVE COPIES:**
Cara Peyton Innovations LLC
11394 Amber Hills Court
Fairfax, VA 22033

Allen O. Cage, Jr.
Acct No xxxxxx8583
14151 Newbrook Dr, Suite 200
Chantilly, VA 20151

Charles Johnson, Jr.
Acct No xxxxxx8583
11394 Amber Hills Court
Fairfax, VA 22033

Charles Johnson, Jr.
11394 Amber Hills Court
Fairfax, VA 22033

Debra Johnson
Acct No xxxxxx8583
11394 Amber Hills Court
Fairfax, VA 22033

Fairfax County
Dept. Tax Administration
PO Box 10200
Fairfax, VA 22035

Industrial Bank
4907 Georgia Avenue, NW
Washington, DC 20011

Wells Fargo
Acct No xxxxxx8583
855 IBM Drive
Charlotte, NC 28262