# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  15−14429−BFK
**Chapter**  11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cara Peyton Innovations LLC
1517 Cherry Valley
Toledo, OH 43607

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  46−2782836

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on May 16, 2017 dismissing the above−captioned case.

Dated:  May 16, 2017                                       For the Court,

                                                            William C. Redden, Clerk
[VAN015vDec2009.jsp]                                        United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 15-14429-BFK
Cara Peyton Innovations LLC                                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: chandlerk          Page 1 of 1          Date Rcvd: May 16, 2017
                              Form ID: VAN015          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db          +Cara Peyton Innovations LLC,    1517 Cherry Valley,    Toledo, OH 43607-1105
aty         +John D Sawyer,    Sawyer & Azarcon,    10605-B Judicial Drive,    Fairfax, VA 22030-5167
desig       +Charles Johnson, Jr.,    1517 Cherry Valley,    Toledo, OH 43607-1105
cr          +Industrial Bank, N.A.,    c/o Stuart A. Schwager, Esq.,    Lerch, Early & Brewer, Chtd.,
              3 Bethesda Metro Center, Suite 460,    Bethesda, MD 20814-5367,    UNITED STATES 20814-6369
RE          +James Gilbert,    12700 Fair Lakes Circle,    #120,    Fairfax, VA 22033-4905
cr          +Wells Fargo Bank, N.A.,    8505 IBM Dr,    2nd Floor,    Charlotte, NC 28262-4302
13177931    +Allen O. Cage, Jr.,    14151 Newbrook Dr., Suite 200,    Chantilly, VA 20151-2279
13177930    +Allen O. Cage, Jr.,    Acct No xxxxxx8583,    14151 Newbrook Dr, Suite 200,
              Chantilly, VA 20151-2279
13177932    +Charles Johnson, Jr.,    Acct No xxxxxx8583,    11394 Amber HIlls Court,    Fairfax, VA 22033-2756
13177933    +Charles Johnson, Jr.,    11394 Amber Hills Court,    Fairfax, VA 22033-2756
13227635     County of Fairfax,    Office of the County Attorney,    12000 Govt. Center Parkway, Suite 549,
              Fairfax, VA 22035
13177934    +Debra Johnson,    Acct No xxxxxx8583,    11394 Amber Hills Court,    Fairfax, VA 22033-2756
13177936    +Fairfax County,    Acct No unk,    Dept. Tax Administration,    PO Box 10200,
              Fairfax, VA 22035-0200
13339910    +Industrial Bank,    c/o Stuart A. Schwager, Esq.,    Lerch, Early & Brewer, Chtd.,
              3 Bethesda Metro Center, Suite 460,    Bethesda, MD 20814-6369
13177937    +Industrial Bank,    Acct No unk,    4907 Georgia Avenue, NW,    Washington, DC 20011-4525
13188616    +Office of the UST,    Jack I Frankel,    115 S. Union St. Ste 210,    Alexandria, VA 22314-3361
13177938     Wells Fargo,    Acct No xxxxxx8583,    855 IBM Drive,    Charlotte, NC 28262-0000
13253125    +Wells Fargo Bank, N.A.,    301 S. College St. 30th Fl,    Charlotte, NC 28202-6000
13184509    +Wells Fargo Bank, N.A.,    Jennifer O'Neill Schiffer,    Bean Kinney & Korman,
              2300 Wilson Blvd, 7th Floor,    Arlington, VA 22201-5435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13177935     ##+Debra Johnson,    11394 Amber Hills Court,    Fairfax, VA 22033-2756
                                                                                        TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              Andrea Campbell Davison    on behalf of Creditor    Wells Fargo Bank, N.A. ADavison@beankinney.com,
               onazar@beankinney.com
              Jack Frankel    on behalf of U.S. Trustee Judy A. Robbins jack.i.frankel@usdoj.gov,
               USTPRegion04.ax.ecf@usdoj.gov
              Jennifer O'Neill Schiffer    on behalf of Creditor    Wells Fargo Bank, N.A.
               jschiffer@beankinney.com,    jschroll@beankinney.com;jcorish@beankinney.com
              John D. Sawyer    on behalf of Debtor    Cara Peyton Innovations LLC tysonlaw111@aol.com,
               jds@sawyerazarcon.com;tysonlaw111@aol.com
              Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
              Stuart Alan Schwager    on behalf of Creditor    Industrial Bank, N.A. saschwager@lercheearly.com
                                                                                             TOTAL: 6